ORIGINAL

KEANE & BEANE, P.C.
Richard A. Levin (RL-7064)
445 Hamilton Ave.
White Plains, New York 10601
(914) 946-4777
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAYMOND MERZ,

       Plaintiff,

v.

HENDRICK HUDSON SCHOOL DISTRICT,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

06 Civ. 5750 (WCC)

ECF CASE

**STIPULATION AND
ORDER OF DISMISSAL
<u>WITH PREJUDICE</u>**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff Raymond Merz and Defendant Hendrick Hudson School District, that the above entitled action against Defendant be, and the same hereby is, dismissed in its entirety with prejudice, and without costs or fees to any party.

Dated: ~~January~~ February 5, 2007

KEANE & BEANE, P.C.

By: _____
Richard A. Levin (RL-7064)
Attorneys for Defendant
445 Hamilton Ave.
White Plains, NY 10601
914.946.4777

GOODSTEIN & WEST

By: _____
Robert Goodstein (RG 5443)
Attorney for Plaintiff
56 Harrison St., Suite 401
New Rochelle, NY 10801
914.632.8382

SO ORDERED: White Plains, NY

_____
WILLIAM C. CONNER, Senior U.S.D.J.

Dated: Feb. 6, 2007

E-
COPIES MAILED TO COUNSEL OF RECORD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

2276/53/312754 V1 1/10/07